WILLIAM HUNTER et al., Appellants, v. SOLOMON HOBERMAN et al., Respondents, and JAMES DONEGAN et al., Intervenors-Respondents.—

Concur —
Eager, J. P., McGivern, Tilzer and Macken, JJ.

PIAGET WATCH CORPORATION, Appellant, v. AUDEMARS PIGUET & Co. INC., Respondent.—

Concur — Stevens, P. J., Eager, Capozzoli and McGivern, JJ.